02-10-270-CV














 

 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO.
2-10-270-CV

 

 

ERMA FAYE PARKER,                                                                     APPELLANTS

INDIVIDUALLY AND AS 

PERSONAL REPRESENTATIVE 

OF THE ESTATE OF DEBRA 

HORN, DECEASED AND AS 

NEXT FRIEND OF JACOB HORN 

AND VICTORIA HORN, 

MINOR CHILDREN AND RONDELL 

PARKER, INDIVIDUALLY                                                                                      

 

                                                             V.

 

MARIAMME KOLA, AND                                                                     APPELLEES

ALBERTSON'S, INC., 

INDIVIDUALLY AND D/B/A 

ALBERTSON'S SAV-ON PHARMACY                                                                    

                                                                                                                            

 

----------

 

FROM
THE 153RD DISTRICT COURT OF TARRANT COUNTY

 

----------

 

MEMORANDUM OPINION[1]
AND JUDGMENT

 

----------

We
have considered “Appellants=
Motion To Dismiss Appeal.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the appeal
with prejudice.  See Tex. R. App.
P. 42.1(a)(1), 43.2(f).

Costs
of the appeal shall be paid by appellants, for which let execution issue.  See Tex. R. App. P. 42.1(d). 

 

PER
CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.  

 

DELIVERED:  August 26, 2010  











[1]See Tex. R. App. P. 47.4.